IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEIONDRA R. BUTLER, ) <br> # 281018, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WALTER MYERS, W. MILES, ) <br> and STEVEN T. MARSHALL, ) <br> ) <br> Defendant. ) | CASE NO. 2:16-CV-503-WKW <br> [WO] |

## **ORDER**

On June 21, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 15.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

(1) The Recommendation (Doc. # 15) is ADOPTED;

(2) The petition for writ of habeas corpus under 28 U.S.C. § 2254 is DENIED; and

(3) This action is DISMISSED with prejudice.

Final judgment will be entered separately.

DONE this 16th day of July, 2018.

                                                             /s/ W. Keith Watkins
                                      CHIEF UNITED STATES DISTRICT JUDGE